JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>MICHAEL HOPKINS,<br><br>    Defendant. | NO. CR 21-57 RSM<br><br>ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS COURT, having reviewed the Defendant's Motion for Early Termination of Supervised Release, and having been advised of the Government and U.S. Probation's respective positions, hereby finds that, pursuant to 18 U.S.C.§ 3583(e)(1), early termination of Mr. Hopkins's supervision is warranted by the conduct of Mr. Hopkins and the interest of justice, and hereby ORDERS Mr. Hopkins's supervision terminated.

DATED this 16th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE